**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI__

City __Boston__  **Related Case Information:**

County __Suffolk__  Superseding Ind./ Inf. ____  Case No. ____
Same Defendant ____  New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number __22-5114, 22-5328, 22-5329__
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name __Litang Liang__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __Henry Liang__

Address __(City & State)__

Birth date (Yr only): __1959__  SSN (last4#): __6142__  Sex __M__  Race: __Asian__  Nationality: __USA__

**Defense Counsel if known:** ____  Address ____

**Bar Number** ____

**U.S. Attorney Information:**

AUSA __Timothy H. Kistner__  Bar Number if applicable __690534__

**Interpreter:** ☑ Yes ☐ No  List language and/or dialect: __Mandarin__

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____ on ____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/04/2023  Signature of AUSA: *Timothy Kistner*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Litang Liang

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy | 1 |
| Set 2 | 18 U.S.C. 951 | Acting as an Agent of a Foreign Government Without Notice to the Attorney General | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**