AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
| v. | ) |
| Litang Liang | ) Case No. 23cr10130 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Litang Liang,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Act as an Agent of a Foreign Government (18 U.S.C. § 371); Acting as an Agent of a Foreign Government Without Notice to the Attorney General (18 U.S.C. § 951)

Date: 05/04/2023

/s/ Paul G. Levenson
*Issuing officer's signature*

City and state:   Boston, Massachusetts

Hon. Paul G. Levenson
*Printed name and title*

### Return

This warrant was received on *(date)* 05/04/2023, and the person was arrested on *(date)* 05/09/2023
at *(city and state)* Boston, MA.

Date: 05/09/2023

*Arresting officer's signature*

SA FBI FELIX ESTRELLA
*Printed name and title*