UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | )<br>) Criminal No. 1:23-cr-10130-IT |
| LITANG LIANG,<br>          Defendant. | )<br>)<br>)<br>) |

MOTION FOR A SHORT CONTINUANCE

Now Comes Litang Liang, the Defendant in the above-captioned matter and moves this Honorable Court grant him a short continuance of the trial.

As grounds, Mr. Liang states as follows:

1. The trial in this matter is scheduled for January 6, 2025.

2. On November 22, 25, and 26, the government provided its proposed trial exhibits, Jenks materials, and disclosed its intent to call an expert witness.

3. The disclosures included several text communication and other documents in Chinese language with proposed English translations. The parties expect to confer to address translation issues ahead of the trial.

4. The additional disclosures have triggered the need to expand Mr. Liang's potential witnesses.

5. Mr. Liang needs additional time to review the new material and related documents from the previously provided voluminous discovery, prepare to challenge the proposed expert, retain his own expert if the court allows the government's expert, and prepare for trial.

6. Undersigned has conferred with the government's counsel regarding this request. The government does not oppose this motion.

7. Mr. Liang has not previously moved to continue the trial and only seeks a 3 to 4 weeks continuance.

Wherefore, Mr. Liang respectfully requests this Honorable Court to grant him a short continuance of the trial.

        Respectfully submitted
        Litang Liang
        By his attorney

        /s/ Derege B. Demissie
        _____
        Derege B. Demissie
        DEMISSIE & ASSOCIATES, P.C.
        88 Broad Street, Suite 101
        Boston, MA 02110
        (617) 501-7655

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 30, 2024.

/s/ *Derege B. Demissie*
DEREGE B. DEMISSIE