UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 23-cr-10130-IT |
| LITANG LIANG, | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO EXTEND
PRETRIAL DEADLINES**

The United States (with the assent of the Defendant) files this motion to address the upcoming filings detailed in Section IV of the Pre-Trial Order (Dkt. No. 54), which are currently due December 20, 2024. Given that the Defendant's exhibits are required to be disclosed to the government on the same day (*see* III.C), the parties do not believe that they could file a joint exhibit list, along with objections and courtesy copies, at the same time. In addition, there may be evidentiary issues that arise from the disclosures, which may need to be addressed in a trial brief.

The parties therefore propose to file the items listed in Section IV.B, D, and E by January 17, 2025. This date is one week prior to the pretrial conference – the same amount of time before the pretrial conference that the pretrial order had originally set forth.

The parties would still file a written stipulation of facts and a witness list by December 20, 2024.

WHEREFORE, the United States hereby request that the Court order that the parties file the items listed in Section IV.B, D, and E of the Pretrial Order by January 17, 2025.

Dated: December 17, 2024

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By:   <u>*/s/ Timothy H. Kistner*</u>
Timothy H. Kistner
Assistant U.S. Attorney

<u>*/s/ Menno Goedman*</u>
Menno Goedman
Trial Attorney
National Security Division

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                                  */s/ Timothy Kistner*  
                                                  Timothy Kistner  
                                                  Assistant U.S. Attorney