UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 23-cr-10130-IT |
| LITANG LIANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**EXHIBITS AT ISSUE IN DEFENDANT'S MOTION IN LIMINE DKT. NO. 74**

     As instructed by the Court, Dkt. No. 98, the parties have met and conferred regarding the Defendant's pending motion in limine, Dkt. No. 74, which seeks to exclude several of the government's trial exhibits. The exhibits at issue in that motion are filed herewith as Attachment 1 (Photographs of Defendant in Uniform), Attachment 2 (Cellphone Lock Screen), and Attachment 3 (Police / Ministry of Public Security Plaque).

Dated: January 21, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Timothy H. Kistner*
Timothy H. Kistner
Assistant U.S. Attorney

*/s/ Menno Goedman*
Menno Goedman
Trial Attorney
National Security Division

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                              */s/ Timothy H. Kistner*
                                              Timothy H. Kistner
                                              Assistant U.S. Attorney