UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)   Criminal No. 23-cr-10130-IT<br>LITANG LIANG, )<br>)<br>Defendant. )<br>) | |

## JOINT STATEMENT OF THE CASE

Per the Court's order, Dkt. No. 104, the parties hereby file this Joint Statement of the Case for the Court to read during jury selection:

The Indictment contains allegations about what the United States claims that the Defendant Litang Liang did. At present, these are only allegations and, during trial, the United States will seek to prove these allegations through evidence.

According to the Indictment, Defendant Litang Liang was a citizen of the United States residing in Brighton, Massachusetts. It is further alleged that, beginning in 2018 and continuing through 2022, the Defendant agreed to operate within the United States as an agent of the government of the People's Republic of China ("PRC Government"), without providing notification to the United States Attorney General that he was acting as an agent of a foreign government.

The Indictment alleges that the Defendant acted as a foreign agent without notifying the United States Attorney General by providing information about Boston-area individuals and organizations; organizing a counter-protest in the United States against pro-Hong Kong independence protesters; providing photographs of and information about U.S.-based dissidents to PRC Government officials; and providing the names of potential recruits to the PRC's Ministry of Public Security.

For these actions, the United States has charged the Defendant with two different offenses. Count 1 charges that the Defendant conspired to act as a foreign agent of the PRC Government. Count 2 charges that the Defendant acted as a foreign agent of the PRC Government without providing notification to the United States Attorney General.

The Defendant has denied the allegations.

Dated: January 23, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Timothy H. Kistner*
Timothy H. Kistner
Assistant U.S. Attorney

*/s/ Menno Goedman*
Menno Goedman
Trial Attorney
National Security Division

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ *Timothy H. Kistner*
Timothy H. Kistner
Assistant U.S. Attorney