UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) ) Criminal No. 23-cr-10130-IT |
| LITANG LIANG, | ) ) |
| Defendant. | ) ) ) |

## **STIPULATIONS**

Per the Court's order, Dkt. No. 54, the parties hereby submit their agreed-upon factual stipulations. These stipulations will be read into the record during the course of the trial.

- Exhibits 96, 97, 99, 100, 101, and 102 are true and accurate copies of publicly-available material filed with the Massachusetts Secretary of the Commonwealth.

- Exhibits 19, 24-44, and 92 are English translations of Chinese-language documents, chat messages, and other evidence obtained by the FBI during the course of this case. These translations were completed by the FBI.

- Exhibit 98 is an English translation of a Chinese-language brochure. This translation was completed by a translator retained by the Defense.

- Five electronic devices were found in Litang Liang's home by the FBI. The FBI extracted and processed the data on these devices and reviewed it for relevant evidence. Any exhibits admitted during this trial derived from these devices are true and accurate copies of the data contained on these devices. The five devices are:
    - A iPhone XR with S/N F17XX8WSKXKP (Exhibit 5);
    - A gold iPhone 6S (Exhibit 12);
    - A HP Laptop with S/N 5CD10770X05 (Exhibit 13);
    - A Silver iPhone with IMEI 013438004600968 (Exhibit 14); and
    - A Gold iPhone 13 Pro Max with IMEI 352569483423644 (Exhibit 17).

- Government Exhibits 49-58, 93, 95, and 106 are true and accurate certified copies of non-immigrant Visa records and related records created by the U.S. Department of State in the course its regularly conducted activities.

1

- Government Exhibit 94 is a true and accurate certified copy of travel records created by U.S. Customs and Border Protection in the course its regularly conducted activities.

Dated: February 1, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Timothy H. Kistner*
Timothy H. Kistner
Assistant U.S. Attorney

*/s/ Menno Goedman*
Menno Goedman
Trial Attorney
National Security Division

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                                  */s/ Timothy H. Kistner*
                                                Timothy H. Kistner
                                                Assistant U.S. Attorney