UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
v.                          )
                            )    Criminal No. 1:23-cr-10130-IT
                            )
LITANG LIANG,               )
                            )
        Defendant.          )
                            )

**JURY VERDICT FORM**

WE THE JURY, FIND:

1.    As to <u>Count Two</u>: **Acting as an Agent of a Foreign Government Without Notice to the Attorney General, we find the defendant, Litang Liang:**

      _____✓_____ Not Guilty                    _____ Guilty

2.    As to <u>Count One</u>: **Conspiracy to commit a crime, to wit: Acting as an Agent of a Foreign Government Without Notice to the Attorney General, we find the defendant, Litang Liang:**

      _____✓_____ Not Guilty                    _____ Guilty

      **I certify that the foregoing is the unanimous verdict of the jury.**

                                        _____
                                        **FOREPERSON**
                                        **DATE:** 2/10/25.