Would we please be able to have the charges and how to determine guilt/innocence in writing?

Thank you