Jury will need 2/7
to Return Monday
Andrea Cocito