2/10/25

We have reached a Verdict

*Andrea Court*

5/10/25

We have reached a Verdict