United States District Court
District of Massachusetts
Exhibits Log: 23cr10130
USA v Liang, 2/7/2025

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Court-1 | pics |
| Court-19 | Translation of CCPPNR Lanyard |
| Court-24 | Liu Aiming chats |
| Court-25 | Chats with Qin Wenlong |
| Court-26 | Chats with Zhong Ruiming |
| Court-27 | Chats with Cheng Miao |
| Court-28 | Chats with He Xiaohui |
| Court-29 | Chats with Wan Chu Wu |
| Court-30 | Chats with Zhao Jiawei |
| Court-31 | Chats with PRCONNY Joe |
| Court-32 | Translation of Nian Yiduo Social Media.Final |
| Court-33 | Chats with Qicheng Yu |
| Court-34 | Chats with Xie Feng |
| Court-35 | Chats w. Qiu Jian |
| Court-36 | Chats w. Guo Zhaoxiang |
| Court-37 | Chats w. Gilbert Ho |
| Court-38 | Chats with Xu Bujun |
| Court-39 | Chats w. Liu Yanling |
| Court-40 | Translation of NEAPUC Work Report |
| Court-41 | Translation of Beijing Guangdong Wuyi Overseas Chinese Appointment Letter |
| Court-42 | Translation of CACC APUC Group Chat UTC |
| Court-43 | Translation of NEAPUC Meeting Minutes |
| Court-44 | Chats for BAPUC |
| Court-45 | Zhong Ruiming business card |
| Court-46 | Black Name List Email |
| Court-48 | Archive of Facebook Link |
| Court-49 | Visa Records - Liu Aiming |
| Court-50 | Visa Records - Miao Cheng |
| Court-51 | Visa Records - Jiayao Zhu |
| Court-52 | Visa Records - Zhaoxiang GAO |
| Court-53 | Visa Records - Jun Wang |
| Court-54 | Visa Records - Ruiming Zhong |
| Court-55 | Visa Records - Liu Yanling |
| Court-56 | Visa Records - Jian Qiu |
| Court-57 | Visa Records - Dailin Li |
| Court-58 | Visa Records - Yiduo Nian |
| Court-70 | FARA Records Certification |
| Court-71 | Screenshots of Liang PRC Embassy Photos |
| Court-72 | Liang 2019 Trip Photo from iPhone XR - 1 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-73 | Liang 2019 Trip Photo from iPhone XR - 2 |
| Court-74 | Liang 2019 Trip Photo from iPhone XR - 3 |
| Court-75 | Liang 2019 Trip Photo from iPhone XR - 4 |
| Court-76 | Liang 2019 Trip Photo from iPhone XR - 5 |
| Court-77 | Liang 2019 Trip Photo from iPhone XR - 6 |
| Court-78 | Liang 2019 Trip Photo from iPhone XR - 7 |
| Court-79 | Liang 2019 Trip Photo from iPhone XR - 8 |
| Court-80 | Liang Photo at Hong Kong Rally |
| Court-81 | Frances HUI Wanted List_Redacted |
| Court-82 | NEAPUC Paperwork Image - 1 |
| Court-83 | NEAPUC Paperwork Image - 2 |
| Court-84 | NEAPUC Paperwork Image - 3 |
| Court-85 | October 2018 China Trip Photo - 1 |
| Court-86 | October 2018 China Trip Photo - 2 |
| Court-87 | October 2018 China Trip Photo - 3 |
| Court-88 | October 2018 China Trip Photo - 4 |
| Court-89 | October 2018 China Trip Photo - 5 |
| Court-90 | November 2018 Trip Photo - 1 |
| Court-91 | November 2018 Trip Photo - 2 |
| Court-92 | 1550240 Iphone XR Contacts LIANG Litang.Final_Redacted |
| Court-93 | Visa Record - Zhao Jiawei |
| Court-94 | Liang, Li tang 11.28.569_Redacted |
| Court-95 | Yuanfeng Chen_Signed_Redacted |
| Court-96 | APUC-Artieles of Inc. |
| Court-100 | Chinese Benevvolent Assn. -Change of Directors |
| Court-101 | Leung Family Assn Inc. |
| Court-106 | OFM 1-28-25 Certification |
| Court-111 | Liang Final Jury Instructions |
| Court-112 | Indictment |