AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

for the _____ DISTRICT OF _____ Massachusetts

UNITED STATES OF AMERICA

V.

LITANG LIANG,
Defendant.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:23-cr-10130-IT-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Indira Talwani     U.S. District Judge
Name of Judge     Title of Judge

2/13/2025
Date