UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**

v.  Criminal No. 1:23-cr-10130-IT

**LITANG LIANG,**
    **Defendant.**

ORDER OF DISBURSEMENT

February ~~20~~ 21, 2025

Having issued a Judgment of Acquittal (Doc 131), the court hereby orders the Clerk's Office to return Appearance Bond funds (Receipt # 100003288), in the amount of Twenty-Five Thousand Dollars ($25,000) to Litang Liang, 25 Duval St Apt 1 in Brighton, MA 02135.

IT IS SO ORDERED.

_____
**Judge Denise J. Casper, U.S. District Judge**